# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| MICHAEL DURRELL WARD,<br><br>Petitioner,<br><br>v.<br><br>DOMINGO URIBE, JR. WARDEN,<br><br>Respondent. | ) ED CV 12-02043-VAP (SH)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>) |

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied, and the action is dismissed with prejudice.

DATED: Aug 20 2013

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE